**STATEMENT OF FACTS**

On October 23, 2013, members of the Metropolitan Police Department's Fifth District Vice Unit executed a D.C. Superior Court search warrant at xxx XXXXXXXX Xxxxxx, NE, XX, Washington, DC. Upon gaining entry, officers observed the defendant, Jerome Jeter, running out of bedroom #3, across the hallway, into the bathroom, crouch down over the toilet that was flushing, and then run into bedroom #1. Officers went to the bathroom and observed a clear bag containing a rock-like substance and numerous small pink zips which contained a white rock substance descending down the hole. Officers recovered the larger bag containing the rock-like substance. The rock-like substance appeared to be crack cocaine. Recovered from bedroom #3 were empty unused pink zips, which were consistent with the size, shape, and color of the zips that were flushed down the toilet. Officers recovered a digital scale and $67 in U.S. Currency from the defendant. A portion of the rock-like substance field tested positive for cocaine. The defendant was placed under arrest. The approximate weight of the white rock-like substance was 153 grams.

_____
OFFICER DIANE L. DAVIS
FIFTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF OCTOBER, 2013.

_____
U.S. MAGISTRATE JUDGE